

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Dylan Simpson, Appellant

No. 06-19-00105-CR        v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 18F0093-202). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Dylan Simpson, pay all costs of this appeal.

RENDERED DECEMBER 31, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk